**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Emanuel C.,**[1]

***Plaintiff*,**

**v.**

**Commissioner of Social Security,**

***Defendant*.**

**Case No. 3:25-cv-125**
**District Judge Thomas M. Rose**
**Magistrate Judge Peter B. Silvain, Jr.**

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE PETER B. SILVAIN, JR. (DOC. 15), VACATING THE COMMISSIONER'S FINDING OF NON-DISABILITY, REMANDING THIS MATTER TO THE SOCIAL SECURITY ADMINISTRATION UNDER SENTENCE FOUR OF 42 U.S.C. § 405(G) FOR FURTHER CONSIDERATION CONSISTENT WITH THIS DECISION AND ENTRY AND TERMINATING CASE.**

---

Currently before the Court is the Report and Recommendations of Magistrate Judge Peter B. Silvain, Jr. (Doc. 15) recommending that Plaintiff's Statement of Errors (Doc. 10) be sustained, that the Commissioner's non-disability finding be vacated, and that the case be terminated.

The Court has reviewed the findings of the Magistrate Judge. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case.

---

1 Due to significant privacy concerns in social security cases, the Court refers to claimants only by their first names and last initials. See General Order 22-01.

The Court **ADOPTS** the Report and Recommendations (Doc. 15) in its entirety. Plaintiff's Statement of Errors (Doc. 10) is **SUSTAINED**. The Commissioner's non-disability finding is **VACATED**. This matter is **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with this Decision and Entry. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Monday, August 17, 2026.

**s/THOMAS M. ROSE**

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE